IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #138119

v.　　　　　　　　　CASE NO. 5:18-CV-00224 BSM

STARK, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] and plaintiff Joshua Stricklin's timely objections [Doc. No. 6] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Stricklin's equal protection claim is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE