IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                    PLAINTIFF
ADC #138119

v.                              CASE NO. 5:18-CV-00224 BSM

KENNETH STARK, et al.                                                           DEFENDANTS

## ORDER

After careful review of the record, the recommended disposition [Doc. No. 31] submitted by United States Magistrate Judge Beth Deere is adopted. Accordingly, defendants' motion for summary judgment [Doc. No. 27] is granted, and this case is dismissed. The claims regarding Joshua Stricklin's assignment to punitive isolation are dismissed with prejudice, and the claims regarding the failure to receive a 48-hour relief period after serving 30 days in punitive isolation are dismissed without prejudice.

IT IS SO ORDERED this 18th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE